IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTHUR BRENNAN MALLOY, #101329, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JULIA JORDAN WELLER - CLERK ) <br> OF THE SUPREME COURT OF ) <br> ALABAMA, *et al.*, ) <br> ) <br> Defendants. ) | CIVIL CASE NO. 2:21-cv-332-ECM <br> (WO) |

**MEMORANDUM OPINION and ORDER**

On January 25, 2022, the Magistrate Judge entered a Recommendation (doc. 10) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED with prejudice and prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i-iii).

A separate Final Judgment will be entered.

DONE this 15th day of February, 2022.

　　　　　　　　　　　　　　　/s/ Emily C. Marks
　　　　　　　　　　　　　　EMILY C. MARKS
　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE